NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


M. E. W.,                                    )
                                             )
                Appellant,                   )
                                             )
v.                                           )
                                             )     Case No.  2D17-1813
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Lee
County; Amy Hawthorne, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.



PER CURIAM.


            Affirmed.


SLEET, ROTHSTEIN-YOUAKIM and ATKINSON, JJ., Concur.